**FILED** 
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

APR 02 2024

MITCHELL R. ELFERS
CLERK

Civil Action No. _____
(To be supplied by the court)

_Jabari J. Johnson_, Plaintiff

v.

_Lewis Babcok, Michael Hegarty, Gillian Clark_
_Phillip Brimmer, Jill Brady, Larry Winegardner_
_Phillip Wieser, Lynette Wenner, White_
_Carolyn Hansen, Christopher_, Defendant(s). _Ferguson_
_Wolpert_                                     _Gonzales_

Jury Trial requested:
(please check one)
✓ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

_1. page 1 of 9_

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jabari J Johnson #177601, P.O. Box 777, Canon City, Co. 81215
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Lewis Babcock, Judge, 901-19th St., Rm A105
(Name, job title, and complete mailing address)

Denver, Co. 81215

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Babcock knowingly acted under the color of law

_____

Defendant 1 is being sued in his/her ✓ individual and/or ___ official capacity.

2. page 2 of 9

Defendant 2: _Michael Hegarty, Judge, 901-19th St. Rm A105_
(Name, job title, and complete mailing address)

_Denver, Co, 80294_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

_Hegarty knowingly acted under the color of law_

Defendant 2 is being sued in his/her ✓ individual and/or ___ official capacity.

Defendant 3: _Phillip Brimmer Judge, 901-19th St Rm A105_
(Name, job title, and complete mailing address)

_Denver, CO, 80294_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

_Brimmer knowingly acted under the color of law._

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ State/Local Official (42 U.S.C. § 1983)

✓ Federal Official
As to the federal official, are you seeking:
✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

3 . page 3 of 9

Defendant 4: Gilliam Clark, Investigator, 411 S. Tejon St, Colorado Springs, Co. 80903

Defendant 5: Phillip Wieser, Att. General, 1300 Broadway, Denver, Co. 80203

Defendant 6: Lynette Wenner, Judge, 136 Justice Center Rd, Canon City, Co. 81212

Defendant 7: White, Intel, 50 Evans Blvd, Canon City, Co. 81215

Defendant 8 Larry Winegardner CM III

Defendant 9 Ferguson, Sgt

Defendant 10 Gonzales, LT

Defendant 11, Carolyn Hansen, Law Librarian

Defendants 4-12 knowingly acted under the Color of law and will will be sued in their individual capacity

Defendants 8-11's addresses are the same 50 Evans Blvd., Canon City, Co. 81215

12 Christopher, Wolpert, 1823 Stout St, Denver, Co. 180257

4. page 4 of 9

For years the Colorado Court of Appeals have been unfair to the Plaintiff, allowing District Court to totally deny the Plaintiff the right to access the courts, refusing to allow Plaintiff to file lawsuits in retaliation due to the Plaintiff suing a corrupt government. A system in Colorado that allowing guards to literally denial of ADA accommodations of wheelchair, denial of showers for 5 to 6 years, assault and battery by inmates, refuse medical treatment, allowing harassment etc. The District Court of Colorado claimed back in 2020-2021 that the Plaintiff have filed (3) frivolous cases, however the Plaintiff had not. The reason the Plaintiff was stated to have accumulated 3 strikes by Judge Lewis Babcock was because the plaintiff sued CDOC staff for trying to set him up to be killed see Johnson v. Hawkins, as the staff dragged the plaintiff in a cell with an inmate who said he would kill Jabari Johnson in which Plaintiff had to fight to stay alive. These racist whites cannot in no way shape form or fashion claim that the case was frivolous, but they did. The Justice system in Colorado is ran by whites who do nothing but cover up what is taking place in Colorado. I don't need to lie all of my lawsuits prove it. The system feels threatened by me, because of the fact I prove their illicit actions of not providing Justice which is a joke in Colorado. The world needs to know how corrupt the state of Colorado is. Lewis Babcock then put the Plaintiff on filing restriction, of nolacy. 1915. all cases filed in which Plaintiff needed much more items in order to file a lawsuit. The action was obvious and retaliatory in nature. CDOC's Donald Nunez then stole Plaintiffs entire legal box were he couldn't comply to the filing restriction because he needed all the cases he ever filed in civil court to file a lawsuit which was stolen by Donald Nunez. The Plaintiff tried to obtain the items from the court however, guess what the courts said. See case 20-cv-00037-RM-MEH Document 158 filed 3/19/21 the Judge Michael Hegarty, states the courts fails to see good cause in providing Plaintiff with a list of his dismissed cases since he is the one who filed them. He should know all the cases he has filed and their current status. Hegarty was told Nunez stole the items and why he needed the previous cases filed. 1) because he refused to allow Plaintiff to amend complaint stating Plaintiff will have to file a new complaint. The Judges are outrageously racist against blacks in Colorado. Literally have allowed CDOC to let them allow white inmates and mexican inmates attack blacks, allowing the staff members to lie calling inmates snitches to other inmates to have them killed, in which staff have done that to me. The Court of Appeals Senior Judge and Christopher Wolpert then adopted the same retailatory tactics placing restriction on the plaintiff stating he has to comply to the similar restrictions. Stating they've placed the Plaintiff on restrictions quoting case Johnson v. Johnsen, 21-1152 WL 4595172 (10th Cir. Oct 6, 2021). Johnson v. Johnsen is about staff trying to have inmates kill me, setting me up to be killed because of the fact I'm filing lawsuits on them, which is also not frivolous. These courts have dismissed numerous cases, all cases that I've filed, I could have won all 200+ of them, especially the cases that made it through initial review such as cases 17-cv-02346-MSK-MEH, 20-cv-00459-PAB-MEH, 20-cv-00435-PAB-MEH, 20-cv-00437-PAB-MEH and 20-cv-00037-RM-MEH, however for some reason I'm never allowed to make it to trial. Most of the cases above were dismissed because the initials, MEH denied Plaintiff of a wheelchair to attend a status conference, even provided the evidence to Judge Michael L. Hegarty. He is still bias against me, and dismisses the cases. The District Courts Hegarty and Brimmer then tried another move to diminish the Plaintiffs intelligence of the law attempting to have the public believe that he's stupid, uneducated or can't comprehend the law or file cases adequately, however the reason the plaintiff cant file is because the Judges are bias and prejudice and dont allow the Plaintiff to file. Not only is the Plaintiff good but he's great. If he wasnt these courts wouldnt try to restrict the Plaintiff Jabari Johnson from filing. If he was not good they would let the Plaintiff file whatever, only to know it wouldnt go anywhere because its not effective. Yet due to Plaintiffs effectiveness these courts try to find several different ways to keep the Plaintiff out of the courts, because Jabari is nothing to play with in the courts, which he's subjected to bias in every court and case from civil, criminal, and appellate, yet Jabari J. Johnsen is great in all 3. None the less these courts are deemed liable because the plaintiff is injured and is suffering in pain as these courts play games not allowing Plaintiff to file which deems them liable. These soft guards coming to your cell smiling knowing that these soft Judges will allow them to misuse and abuse individuals, is sickening. ~~[struck out]~~
Anyhow in case 21-1371 the attorney General Phillip Wieser states in their opening brief on page 18 and 19 Johnson v. Reyna of the Court of Appeals which was remanded back to district court which was ironically dismissed by the same Judge who dismissed every other case that made it pass initial review. Hegarty of district court

$ page 5 of 9

of Colorado was quoted by the Attorney General stating the Plaintiff Jabari J. Johnson is a force to be reckoned with legally.

see 21-1371 Johnson v. Reyna page 18 and 19 in Attorney General Phillip Wieser states in their opening brief verbatim "As to the first factors again, is important to stress again that Johnson is far from your typical pro-se litigant. As both magistrate Judge and the District Court specifically noted he is not an untutored litigant to the contrary Johnson is a highly seasoned pro-se litigant.

The courts tried to pretend like I was stupid to the public then complement me. How???

State court Judge Lynette Wenner also tried to adopt a similar tactic speaking about 3 strikes to hinder lawsuits, indicating that the AG claimed that the Plaintiff had accumulated 3 strikes. However Plaintiff never accumulated 3 strikes in state court as none of his filings were frivolous, and all cases filed his life is in imminent danger, as the Plaintiff is indigent, however he's been told by the court of appeals to allow Plaintiff to proceed previously when Plaintiff got his case remanded back from the court of Appeals to district court ruling further to allow indigent Plaintiff to proceed in forma pauperis.

see Jabari Johnson v. CDOC 21CA1216 which states: quoting <u>Vance v. District Court, 908 P.2d 1189, 1191 (Colo. App. 1995), superseded by statute Ch. 132, sect subsection 13-17.5-103, 1995 Colo. Segs. Laws 479.</u>

In case 21CA1216 The Court of Appeals stated Verbatim: Consistent with Article II, section 6 of the Colorado Constitution which states that courts of Justice shall be open to every person, is unable to prosecute or defend any Civil Action or special proceeding because he is a poor person and unable to pay the costs and expenses thereof, its Judge or Justice, in his discretion, may permit such person to commence and prosecute or defend an action or proceeding without payment of costs. Subsection 13-16-103  C.R.S. 2021.

As our Supreme Court has interpreted the state, a Judge's discretion is limited to determining whether petitioning party has the financial resources to pay the costs and expenses incident to the litigation, "at least in those cases where the petitioner's claims are neither frivolous nor inserted in bad faith. see <u>Cook v. Dist. Ct. 670 P.2d 758 (Colo. 1983)</u>

It is an error to deny a Plaintiff's motion to proceed in forma pauperis when his financial resources or lack thereof qualify him as poor person.

Pursuant to Colorado law the Plaintiff has the right to file a complaint under imminent danger of serious physical harm even if he has been subjected to the 3 strike rule.

See case 22-cv-71 Jabari J. Johnson v. Stephanie Dalton were Judge Eric Bentley stated that the Plaintiff met the imminent danger requirement. The order is written verbatim

1. Motion Responding to 2-2-23 order
Johnson asks this court to reconsider its order reconsidering and denying Motion to file without prepayment of filing/service fees based on the imminent danger exception The exception is set out in the three-strike statute, C.R.S subsection 13-17.5-102.7 as follows.

(2) Notwithstanding the provisions of subsection (1) of this section, an inmate may proceed as a poor person in a civil action. If the Judge feels that the action alleges sufficient facts which if assumed to be true would demonstrate that the inmate is in imminent danger of serious physical injury. C.R.S subsection 13-17.5-102.7(2)

Johnson alleged in his complaint that defendant Dalton deprived him of a wheelchair notwithstanding a serious foot injury, causing him to scoot and crawl on the floor causing Plaintiffs foot to swell. In his motion for reconsideration he cites Fuller v. Wilcox, 288 F. App'x. 509 (10th Cir. 2008) for the proposition that this injury satisfies the imminent danger exception.

I have found no Colorado cases elaborating on this "imminent danger" exception. However multiple federal cases elaborating on the materially-similar federal cases elaborating on that statute may constitute persuasive authority in this court.

In Fuller, the Tenth Circuit found that a very similar complaint satisfied the federal imminent danger exception see Fuller, 288 F. App'x. at 511 (he also alleges that he is unable to walk without a wheelchair, he is forced to crawl and is unable to walk to shower, or lift himself from the cell floor to his bed. If Mr. Fuller does indeed require a wheelchair, the failure to provide him with one could result in a number of serious physical injuries. We therefore conclude that Mr. Fuller's allegations assuming they are true satisfy imminent danger exception.

I find this authority persuasive, and accordingly I find that Johnson has satisfied imminent danger exception.

Judge Bentley found that deprival of a wheelchair to a serious foot injury causing the Plaintiff to scoot and crawl on the floor causing Plaintiffs foot to swell was considered and is imminent danger.

6 - page 6 of 9

Needless to say Judge Wenner is bias and prejudice just like the rest picking and choosing what to file as the plaintiff has filed several cases in which she only placed a couple on the docket. One against Christopher Tenorio, a medical staff member who lied and said he had video of the plaintiff walking to deny Plaintiff of a deposition hearing, in case, 20-W-00459-PAB-MEH so that they could try to have the case dismissed. Come to find out they don't have any footage of any such thing, so Wenner didn't file the case to cover for Tenorio, which Tenorio lied about my medical disability's violating Criminal and Civil laws as he has committed fraud, labled as fraud on the court.

see Bound v. Smith 430 U.S. 877 825-26, 97 S.Ct 149 (1977)(Pre Lewis v. Casey case which acknowledge that the Bounds right was limited to challenges to convictions, sentences and prison conditions, but cautioned that all type of civil action states may not erect barriers that impede the the right to access to the court of incarcerated person).

see Lewis v. Casey, 515 U.S. 343, 355, 116 S.Ct 2174 (1996) Depriving Access to the courts for civil actions and conditions of confinement violate the 1st Amendment).

see Penrod v. Zavaras, 94 F.3d 1399, 1404 (10th Cir. 1996)(Prison officials may not harrass or retaliate against inmates for exercising his right to access to the courts).

see Simkins v. Bruce, 406 F.3d 1239. 1243 (10th Cir 2005) In establishing actual injury in order to seek relief for violation of a prisoners right of access to the courts, a plaintiff need not prove a case within a case to show that a claim hindered or impeded by the defendant necessarily would have prevailed. Denying someone of an arguable claim inflicts actual injury).

These courts have ultimately violated my rights to access to the courts as I am insured not allowing me to petition the government for redress of grievances under the 1st Amendment, due to retaliation which deems every official liable.

The State court of Appeals also tried to do the same thing see case 2023CA469 even after I quoted (Bounds v. Smith), (Lewis v. Casey), (Penrod v. Zavaras), and (Simkins v. Bruce). The case is simply about not being provided a wheelchair to moving me around, enemies failing to provide safety. The State Court of Colorado inadequately ruled after my argument was spot on.

Their arent to many people incarcerated who can litigate state civil, state criminal, ~~State~~ Federal civil, Federal Appellate and state Appellate, but I can now. Ive presented the Supreme Court with a Writ of Cert from case 2023CA469 which is new case 24SC88 regarding Johnson v. Meredith, how much do you want to bet they'll be prejudice and bias to my filings even though a laymen could see Im right. The entire system in Colorado is corrupt.

Brady allowed Willis Earl Jenkins to be served so she says, in her recent order I recieved yesterday on 3/27/24, she keeps stating my witness Adrian Garrett who she spells incorrectly on purpose Adrienne Garrett has not been found by my corrupt investigator Gillian Clark. Brady obviously doesn't want Adrian served or found, yet my team found Adrian Garrett. Brady also mentioned my team spelling Adrians name wrong in text. No they did not I have the text Gillian tried to erase out of my teams phones. We still don't care either way we're asking for an extension of time to serve Adrian Garrett. We found that Adrian Garrett is not in Texas, and we my team need 90 days to accumulate enough funds to serve her since Brady wont provide additional funds or an investigator to serve the out-of-state witness. We also found Bennett as well as Gillian Clark stated she couldnt find her. Sarah Bennett is needed to testify for failure to interview witness by Trial Attorney Andrew Bryant. Jill Brady knows that pursuant to post conviction rules plaintiff cant win his 35(c) failure to interview without Bennett present at evidentiary hearing so she's not trying to allow plaintiff to serve either witness Adrian Garrett or Sarah Bennett, not allowing an investigator to serve them, nor has Brady provided additional time of a continuance to allow plaintiff to retrieve funds in order to do so in case 15CR-2337 post conviction.

The law librarian Carolyn Hansen also isnt providing case law I need to address the claims Im making for my evidentiary hearing in case 15CR-2337 in retaliation. Also on 3/27/24 I recieved grievance R-C5 23/24-002508/32, in which I quoted I have safety issues in the entire Colorado because of of staff calling me snitches/childmolesters etc. On 3/18/24 Urine and feces were thrown in my cell proving my claims. On 3/19/24 I told Sgt White I would speak to him because my family and friends called up to CSP due to the fact I was on the phone while Inmate Bobby Chapman soaked my room and legal papers with biohazard material of waste. Due to not being given a wheelchair or any other items I told white I would speak to him on Thursday before I leave the facility.

On 3/27/24 I recieved a grievance response by Larry Wiregardner which said On 3/19/24 CSP Intel White spoke to you concerning your issues/concerns that you annoted in this grievance. According to this conversation you stated to LT White that you did not have any issues and that you felt safe in your current cell assignment. During this conversation with Lt white you stated, you didn't have a custody issue to report. Jabari Johnson responded stating Im going to sue you, I never said that, I told white I do. Im just not given a wheelchair to come out to tell you. On 3/27/24, I was approached by LT Bailey at approx 2 p.m. stating that I had a medical appointment. I told him on camera, no man Im constantly lied on stating I said something I didn't say. Now if this is someone truly trying to help me I'll go, but I know its not, so Im good. Bailey left and came back with OIG Shane. Shane told staff to open my door. The door was jammed due to the inmates throwing fieces and urine also because inmates have tampered with my door to open it. Once I removed all the items that wouldn't open the door. OIG came in my cell as inmates yelled slurs to me. OIG stated he needed to take me out the unit because I may let know my life is in danger. I knew full well my life is in danger. I've been requesting interstate compact for years. Bailey then got the restraint chair. I spoke to OIG Shane, 1st he told me about how someone wrote DA Michael Allen stating I threatened him. Why would I threaten someone I have no issue with, he haint done me anything. I already knew who the individual was who made the report to the DA. Samuel Robinson stated he wrote the DA on Jabari Johnson while in the hole. Yet he related this to Howard and McCarty when he came back to the Unit after trying to assault C.O. Davis. Robinson was apart of trying to have me shit bombed on 3/18/24 opening the recroom wide in order to hide my door when inmates do it. Anyway he conspired with Howard and McCarty to write the same story, I told Robinson I don't care what you write. I automatically knew it was Robinson, he's written statements on my behalf indicating he doesn't like me etc., also theirs evidence on McCarty's phone in which he's trying to have people look up my family to have them harmed, stating he's going to rape my daughter etc. I didn't care what he said. McCarty also went to my IG stealing pics from my IG showing me pics of my mother, daughter and baby mother. I still didn't care. These inmates are actual informants non civil rights activists who tried to make up a story to get me more time. Im not gone lie I like that I have enemies that would lie and I could prove that they are stupid. I told them you all on camera stated you want to kill me, calling me a bitch, also on audio talking about looking for my family, how stupid can you be, then you write the DA about me stating I said something I didn't say. I dont even talk to you people so when did I say this. Either was I didnt care and still dont. OIG Shane stated he didn't believe it either. I gave him C.O. Davis statement of how McCarty was calling me bitches on camera stating Im not getting the phone and that he'll attack me etc. Davis confirmed it to Shane stating he'll pull up the video footage. OIG Shane then told me about an anonymous Inmate put in a kite stating my life was in danger and that inmates had tampered with my door and tray slot to open it. I told him its true etc. I told him you heard inmates calling me names, snitches and bitches while I was leaving, that should tell you all you need to know, but I dont care Im tabled things and I haven't done anything. I was then RFP'd. Shane stated he'll get the Ipad pictures from McCarty of my family, McCarty's phone records video footage of McCarty stating he'll attack me, his family and that I'll be moving. I told him Im not safe anywhere in Colorado. Once I entered the hole LT Gonzales and Sgt Ferguson would not give me the phone to call family or my attorney. I told him of the rules. They told me that I have to leave out of my cell to call. I told him thats not what the rules say showing them the AR. They refused intending to set me up. Currently I dont know what these people plans are, but I can tell its nothing good. When CDOC state they are trying to help keep you safe or that they're trying to help in general, it means they are trying to f**k you over literally. I have an extensive amount of evidence proving Im not safe at any prison in Colorado and need to be Interstate compacted. OIG notified LT Will as Im awaiting to go to court in Case 23CR50 a case where inmates were trying to kill me.

Claim 1. Cruel And Unusual Punishment
2. Equal Protection Clause
3. Deliberate Indifference
4. Retaliation For Speech
5. Liberty Clause
6. Due Process Clause
7. Confrontation Clause
8. Americans with Disability/Rehab Act

8. page 8 of 9

## G. REQUEST FOR RELIEF

State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."

5 million each in defendants individual capacity for punitive and compensatory damages

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_[signature]_
(Plaintiff's signature)

3/29/24
(Date)

(Revised November 2022)

9. page 9 of 9

Jabari J Johnson #177621
P.O. Box 777
Canon City, Co. 81215

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 01 2024
MITCHELL R. ELFERS
CLERK

Legal Mail 3/28/24

Clerk of Court
333 Lomas Blvd. N.W. Ste 270
Albuquerque, N.M. 87102

87102-227470

DENVER CO 802
29 MAR 2024 PM 7 L

